FW 4000002990

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Patricia A. Davidson
Plaintiff

v.

Conn Appliance, Inc
Defendant

**4-24CV-384-P**

Civil Action No.

## COMPLAINT

This is a Civil action for actual, punitive, statutory damages and cost brought by Patricia A. Davidson hereinafter, a individual consumer, against Conn Appliance for Violations of the Fair Credit Reporting Act 15 U.S.C § 1681 et seq

\* Attach additional pages as needed.

Date: 04-30-2024

Signature: [signature]

Print Name: Patricia Davidson

Address: 805 heights Drive Apt F

City, State, Zip: Fort Worth, tx 76112

Telephone: 682-417-1011

## Parties

1. Plaintiff, Patricia A. Davidson is a Natural person and consumer as defined by 15 U.S.C 1681a(c), residing in Fort Worth, Texas at address 805 Heights Drive Apt F Upon information and belief, Conn Appliance Inc. is a Domestic for Profit Corporation.

2. Defendant Conn Appliance Inc accepts service of process through its Registered Agent: CT Corporation System 1999 Bryan St. Ste 900 Dallas, Tx 75201-3136

3. The acts of Defendants described in this complaint were performed by Defendants or on Defendants' behalf by its Owners, Office, Agents, and/or employees acting within the scope of their actual or apparent authority. As such all References to "Defendants" in this complaint shall be Defendants or their Owners, Officers, agents, and/or employees.

## Basis of Jurisdiction

4. Jurisdiction of this Court arises under 15 U.S.C § 1681(p) and 28 U.S.C§ 1331
The Venue is proper in this Judicial District pursuant to 28 U.S.C 1391(b)(1) and 28 U.S.C§ 1391(b)(2) because a substantial part of events, omissions, or conduct giving rise to the Plaintiff's claim which occurred in this Judicial District. Defendants transact business in Fort Worth, TX. The court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C§ 1367.

## Factual Allegations
### Existence of a Consumer Report

5. On or about 03/18/2024 a Consumer Report Of Plaintiff was generated and maintained by Experian, a consumer reporting agency as defined by 15 U.S.C§ 1681(a)(f).In the report, Plaintiff observed unauthorized inquiries from Defendant.

Defendant Conn Appliance Inc. accessed the plaintiff's Consumer report seven times on dates 03/21/2023,04/18/2023,06/21/2023,07/24/2023,08/22/2023,09/20/2023,10/25/2023 See Exhibit A

### Lack of Permissible Statutory Purpose

6. Defendants Conn Appliance Inc accessed Plaintiff's consumer report without permissible purpose, as required by 15 U.S.C§ 1681 b(f). Discovery will show the plaintiff Had no existing business relationship, contractual obligations, or any transactions with Conn Appliance Inc that would allow for such inquiries under 15 U.S.C§ 1681(a)(3)(A) or any provision.

7. Upon accessing Plaintiff's consumer report, Defendants Conn Appliance Inc did not take any follow-up action, thereby indicating a lack of permissible purpose for those inquiries. Discovery will show Plaintiff never gave any consent to the defendant to access her Consumer report.

### Requisite Mental State (Willfulness)

8. Discovery will show despite this knowledge Defendants Conn Appliance Inc. intentionally and recklessly disregarded their obligations under the FCRA and did not verify a purported debt or take other actions that would constitute a permissible purpose of accessing the Plaintiff's consumer report.

9. Plaintiff's injury is "Particularized" and "Actual' in that the conduct deprived Plaintiff of her rights was directed by Defendants to Plaintiff Specifically. Plaintiff's injury is "Particularized" and "Actual" in that Plaintiff has suffered emotional distress from Defendant's unauthorized access to her Credit Report.

10. Plaintiff's injury is "Particularized" and "Actual' in that Plaintiff has suffered an invasion of privacy. This intrusion into the "Plaintiff's personal information caused the feeling of vulnerability, worry, and anxiety, which led to sleeplessness and Headaches. Plaintiff's injury is "Particularized' and "Actual" in that the Plaintiff has suffered fear and anger over the invasion of privacy. A favorable decision would serve to deter Defendants from Similar conduct. Also, a favorable decision herein would redress Plaintiff with monetary damages.

11. Wherefore Patricia A Davidson respectfully demands a jury trial and requests that a Judgment trial and Request that Judgement be entered in favor of the Plaintiff against the defendant for (a) actual damages, statutory damages, and potentially punitive damages.

Dated this 30 of April 2024

*Patricia Davidson*

*Patricia Davidson*

## Who Has Viewed Your Consumer Information (Continued)

| Company | Address | Phone | Inquiry Dates |
|---|---|---|---|
| CLARITY/FINWISE BANK | 820 E 9400 S SANDY UT 84094 | No phone # available | 12.15.23 |
| ALERT I PH/EXPERIAN | 701 EXPERIAN PKWY ALLEN TX 75013 (888) 397 3742 On behalf of 306074465? for 30 | | 12.11.23 |
| NAV TECHNOLOGIES INC | 12936 S FRONTRUNNER BLVD # 550 DRAPER UT 84020 | No phone # available | 12.11.23 \| 09.13.23 \| 07.27.23 |
| CREDIT KARMA INC | 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 | | 12.03.23 \| 08.25.23 |
| CHARTER COMMUNICATION | 12405 POWERSCOURT DR SAINT LOUIS MO 63131 | No phone # available | 11.24.23 \| 11.23.23 \| 11.22.23 \| 09.25.23 |
| THE CASH STORE/CFAS | 1901 GATEWAY DR STE 200 IRVING TX 75038 | No phone # available | 11.06.23 |
| CONN APPLIANCES INC | 2445 TECHNOLOGY FOREST BLVD800 THE WOODLANDS TX 77381 | No phone # available | 10.25.23 \| 09.20.23 \| 08.22.23 \| 07.24.23 \| 06.21.23 \| 04.18.23 \| 03.21.23 |
| FORTIVA/ATLANTICUS/TBOM | 5 CONCOURSE PKWY STE 400 ATLANTA GA 30328 | No phone # available | 10.24.23 |
| FIRST ADVANTAGE/EMPLOYMENT | 140 FOUNTAIN PKWY N STE 410 ST PETERSBURG FL 33716 (727) 290 1000 On behalf of QUEST DIAGNOSTICS INCORP for 30 | | 10.13.23 |
| ASPIRE/ATLANTICUS/TBOM | 5 CONCOURSE PKWY STE 400 ATLANTA GA 30328 | No phone # available | 10.09.23 \| 08.29.23 |
| CLARITY/LOANMAX | 3440 PRESTON RIDGE RD STE 500 ALPHARETTA GA 30005 | No phone # available | 10.04.23 |
| CLARITY/SELECTMANAGEMENT | 3440 PRESTON RIDGE RD STE 500 ALPHARETTA GA 30005 | No phone # available | 10.04.23 |
| TRANSUNION INTERACTIVE I | 100 CROSS ST STE 202 SAN LUIS OBISPO CA 93401 (805) 782 8282 | | 09.19.23 |
| CHARTER COMMUNICATION | 12405 POWERSCOURT DR SAINT LOUIS MO 63131 | No phone # available | 09.07.23 |
| ONEMAIN | PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 | | 09.07.23 \| 05.26.23 |
| CLARITY/AANIIIH NAKODA FIANANC | 353 OLD HAYS RD HAYS MT 59527 | No phone # available | 08.28.23 \| 06.12.23 |
| PREMIER BANKCARD INC | 3820 N LOUISE AVE SIOUX FALLS SD 57107 (800) 987 5521 | | 08.16.23 |
| ACIMA DIGITAL LLC | 9815 S MONROE ST SANDY UT 84070 (801) 297 1920 | | 08.11.23 \| 08.04.23 \| 07.01.23 \| 03.28.23 |
| EXPERIAN | PO BOX 2002 ALLEN TX 75013 (888) 397 3742 | | 08.10.23 |
| EXPERIAN | 475 ANTON BLVD COSTA MESA CA 92626 | No phone # available | 08.08.23 |
| CONVERGENT OUTSOURCING, | 800 SW 39TH ST RENTON WA 98057 (888) 871 2279 | | 08.07.23 |
| EXPERIAN | 475 ANTON BLVD COSTA MESA CA 92626 | No phone # available | 08.05.23 \| 07.25.23 \| 06.22.23 \| 05.12.23 \| 05.04.23 |
| ACIMA DIGITAL LLC | 13907 S MINUTEMAN DR DRAPER UT 84020 | No phone # available | 08.04.23 \| 07.01.23 \| 03.28.23 |
| ACIMA DIGITAL LLC | 13907 S MINUTEMAN DR DRAPER UT 84020 | No phone # available | 08.04.23 \| 07.01.23 \| 03.28.23 |
| CLARITY/ACIMA DIGITAL | 13907 S MINUTEMAN DR DRAPER UT 84020 | No phone # available | 08.04.23 \| 07.01.23 \| 03.28.23 |
| CLARITY/ACIMA DIGITAL | 13907 S MINUTEMAN DR DRAPER UT 84020 | No phone # available | 08.04.23 \| 07.01.23 \| 03.28.23 |
| EDC/ALLIANCE RESIDENTIAL | PO BOX 26 ALLEN TX 75013 (877) 704 4519 | | 08.02.23 |
| CREDENCE RESOURCE MANAGE | 17000 DALLAS PKWY STE 204 DALLAS TX 75248 (855) 876 5380 | | 07.28.23 |
| ACE CASH EXP/POPULUS | 300 E. JOHN CARPENTERFWY IRVING TX 75062 | No phone # available | 07.21.23 |
| CONTINENTAL FINANCE COMP | 4550 NEW LINDEN HILL RD #400 WILMINGTON DE 19808 | No phone # available | 07.20.23 |
| CLARITY/CCBANK-TLS-LENDL | 3280 N UNIVERSITY AVE PROVO UT 84604 | No phone # available | 07.11.23 |
| CLARITY/FEB-OPP FINANCIA | 2150 S 1300 E SALT LAKE CITY UT 84106 | No phone # available | 07.06.23 |
| AT&T SERVICES | 12911 E 183RD ST CERRITOS CA 90703 | No phone # available | 06.28.23 |
| CLARITY/COMMUNITY LOANS OF AM | 8601 DUNWOODY PL STE 406 ATLANTA GA 30350 | No phone # available | 06.28.23 |
| CLARITY/WITHU LOANS | 8151 HIGHWAY 177 RED ROCK OK 74651 | No phone # available | 06.23.23 |
| CREDIT MANAGEMENT, LP | 4200 INTERNATIONAL PKWY CARROLLTON TX 75007 | No phone # available | 06.07.23 |
| TXU ENERGY | PO BOX 223705 DALLAS TX 75222 | No phone # available | 06.05.23 |
| CLARITY/TAB BANK/INTEGRA | 4185 HARRISON AVE OGDEN UT 84403 | No phone # available | 05.26.23 |
| I C SYSTEM INC | PO BOX 64378 SAINT PAUL MN 55164 (888) 735 0516 | | 05.20.23 |



exhibit A



JS 44  (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Patricia A. Davidson

**DEFENDANTS**
Conn Appliances Inc

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Montgomery
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

4-24CV-384-P

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 871 IRS—Third Party 26 USC 7609 | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Fair Credit Reporting Act 15 U.S.C 1681 b(f)

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 6,500

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No